FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 FEB 14 PM 2: 51

SIGN_____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN L. DAVIS AND<br>MARY J. DAVIS | CIVIL ACTION<br>NO: 07-109-JJB-DLD |
| VERSUS | SECTION " " |
| | JUDGE |
| CF INDUSTRIES, INC. | MAG DIV.<br>MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

To: Plaintiffs,
Through their counsel of record:
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

PLEASE TAKE NOTICE, that with a full reservation of rights, CF Industries, Inc. ("CF"), defendant in that certain proceeding entitled "Melvin L. Davis and Mary J. Davis v. C.F. Industries, Inc.," Civil Action No. 85125, Division "C", filed on January 12, 2007 in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, hereby files its Notice of Removal and removes this action to the United States District Court for the Middle District of Louisiana. A copy of this Notice of Removal is being served upon Franklin G. Shaw, as counsel for plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of Court of the

NO.99753370.1

23rd Judicial District Court for the Parish of Ascension in conformity with 28 U.S.C. §1446(d). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon CF are attached hereto as Exhibit "A".

CF respectfully submits that the grounds for its removal of this action are as follows:

I.

A Petition for Damages ("the Petition") entitled "Melvin L. Davis and Mary J. Davis v. C.F. Industries, Inc.," Civil Action No. 85125, Division "C", was filed on January 12, 2007 in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

II.

Plaintiffs, Melvin L. Davis and Mary J. Davis, allege in their Petition that they are residents and domiciliaries of the Parish of Ascension, State of Louisiana. Plaintiffs, therefore, are citizens of the State of Louisiana.

III.

Defendant, CF, is a Delaware corporation with its principal place of business in Illinois. CF, therefore, is considered a citizen of Delaware and Illinois. Accordingly, complete diversity of citizenship exists between plaintiffs and defendant, CF.

IV.

The Petition alleges that plaintiff "injured his lower back when he manually lifted a hose into a drip pan." Petition ¶ 4.

V.

Plaintiff alleges "serious and debilitating physical and mental injuries" including but not limited to a ruptured lumbar disc. Petition ¶ 8.

VI.

The injury purportedly caused plaintiff to suffer "physical and mental scarring, physical pain and suffering, mental anguish and distress, lost earnings and impairment to earning capacity, medical and related expenses, and loss of enjoyment of life." Petition ¶ 8.

VII.

Although the Petition does not allege an amount in controversy, based on the foregoing allegations, the amount in controversy can be expected by a preponderance of the evidence or with reasonable certainty to exceed $75,000.00.

VIII.

Since there is complete diversity of citizenship between plaintiffs and CF and because the amount in controversy exceeds $75,000.00, this Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441.

IX.

CF was served with the Petition on January 23, 2007. Thirty (30) days have not elapsed from the date that CF was served with a copy of the Petition. Accordingly, Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

X.

Promptly after filing this Notice of Removal, written notice hereof will be given to plaintiffs and will be filed with the Clerk of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

WHEREFORE, defendant, CF Industries, Inc., prays that this, its Notice of Removal, be deemed good and sufficient and that the aforesaid Petition for Damages be removed from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to this Honorable

Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such state court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
MARK C. DODART (Bar #17549)
SUSAN ECCLES (Bar #29847)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR DEFENDANT,
CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via overnight mail on this 13th day of February, 2007.

_____
SUSAN ECCLES

## CT CORPORATION
A WoltersKluwer Company

## Service of Process Transmittal
01/23/2007
Log Number 511833914

**RECEIVED**
JAN 2 4 2007
Law Department

**TO:** Doug Barnard, General Counsel
CF Industries, Inc.
One Salem Lake Drive
Long Grove, IL, 60047-8402

**RE:** **Process Served in Louisiana**

**FOR:** CF Industries, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Melvin L. Davis and Mary J. Davis, Petitioners vs. C.F. Industries, Inc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 23rd Judicial District Court, Parish of Ascension, La Case # 85125 |
| **NATURE OF ACTION:** | Personal Injury - on 01/21/06 - when petitioner manuallly lifted a hose into a drip pan at docking facilities owned and/or operated by defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/23/2007 at 09:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days |
| **ATTORNEY(S) / SENDER(S):** | Franklin G. Shaw<br>Leger, Shaw & DeSue<br>600 Carondelet Street<br>9th Floor<br>New Orleans, LA, 70130<br>504-588-9043 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790164187933<br>Email Notification, Doug Barnard CFLegalDept@cfindustries.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>Parrish Madonia<br>8550 United Plaza Boulevard<br>Baton Rouge, LA, 70809<br>225-922-4490 |

Page 1 of 1 / NB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**EXHIBIT "A"**

# CITATION

MELVIN L DAVIS et al

VERSUS

C F INDUSTRIES INC

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00085125C

**SERVE: CF INDUSTRIES INC THROUGH**
CT CORPORATION SYSTEM
8550 UNITED PLAZA BOULEVARD
BATON ROUGE, LA. 70809

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition* of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney SHAW, FRANKLIN G and was issued by the Clerk of Court on the 17TH day of JANUARY, 2007.

*(signature)*
Deputy Clerk of Court for
Kermit "Hart" Bourque, Clerk of Court

*******************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*******************************************************************

---

## SHERIFF'S RETURN

Received on the ____ day of _____ ,20___ and on the ____ day of _____ , 20 ___ served the above named party as follows:

DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____ TIME SERVICE ATTEMPTED:_____AM/PM

TYPE OF SERVICE:
____ PERSONAL
____ DOMICILIARY_____
     ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____

REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS)_____        ____ MOVED, ADDRESS UNKNOWN
____ NOT KNOWN AT THIS ADDRESS             ____ UNABLE TO LOCATE
____ POST OFFICE HAS NO ADDRESS            ____ DISTRICT ATTORNEY RECALLED
____ THIS ADDRESS NOT IN OUR PARISH        ____ NOT SERVED IN TIME FOR
____ HOLD-REQUEST OF _____              COURT DATE/PAST COURT
____ IN ARMED FORCES                       ____ HOSPITALIZED/DECEASED
____ RECEIVED TOO LATE FOR SERVICE
____ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ___ day of _____ , 20 ___ .

SERVICE:  $ _____                BY: _____
MILEAGE:  $ _____                      DEPUTY SHERIFF
TOTAL:    $ _____

0010

Case 3:07-cv-00109-JJB-DLD   Document 1   02/14/07   Page 6 of 10

**23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION**

**STATE OF LOUISIANA**

NO. 85125



RECEIVED AND FILED
2007 JAN 12 A 11: 36
Original Signed By
Jill Blanchard
BY CLERK & RECORDER
ASCENSION PARISH, LA.

**MELVIN L. DAVIS AND MARY J. DAVIS**

**VERSUS**

**C.F. INDUSTRIES, INC.**

**DIVISION C**

FILED: _____   _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Melvin L. Davis and Mary J. Davis, both of full age, resident of and domiciled in Donaldsonville, Louisiana, respectfully represents:

1.

The following parties are made defendants herein:

A.  **C.F. INDUSTRIES, INC.**, a foreign corporation authorized to do business in Louisiana having designated as agent for service of process CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809, with its principal business office in Louisiana located at Hwy. 3089, Donaldsonville, LA 70346-0408

2.

At all pertinent times herein, Melvin L. Davis was married to and living with Mary J. Davis.

3.

At all pertinent times herein, including the date of the accident sued upon, Melvin L. Davis was an employee of SGS Petroleum Service, Inc. acting within the course and scope of his employment.

4.

On or about January 21, 2006 petitioner Melvin L. Davis seriously and permanently injured his lower back when he manually lifted a hose into a drip pan at docking facilities located on navigable waters owned by defendant, C.F. Industries, Inc. while loading cargo aboard a ship.

5.

The hose, drip pan, winch and dock where petitioner was injured were located on a dock situated in the Mississippi River in Ascension Parish, which dock and equipment were owned and/or

operated by C.F. Industries, Inc.

6.

The dock in question was used routinely in the transfer of cargo to and from vessels situated on the Mississippi River.

7.

Petitioners show that the defendant sued herein was negligent, at fault and breached duties and obligations owed to petitioners herein which negligence, fault and breaches of duties and obligations are listed more particularly, but not exclusively, as follows:

- A. Negligently causing and/or allowing Melvin L. Davis and others to work on the docking facilities when it was unsafe and dangerous to do so because the equipment in question would not adequately and safely lift the hose coupling into the drip pan;
- B. Failing to take and/or follow all proper and appropriate steps to make sure that Melvin L. Davis and the others working on the dock would not be exposed to injury by having to manually reach outside of the railing and place the hose in the drip pan;
- C. Failing to adequately instruct and/or warn regarding the situation which existed prior to and at the time of the accident and injuries sued upon;
- D. Failing to act with the required degree of care commensurate with the existing situation.
- E. Other acts of negligence and/or fault which may be shown through discovery or trial;

8.

Petitioners show that as a result of the aforementioned accident caused and/or contributed to by the fault and negligence of the defendants herein, petitioner Melvin L. Davis suffered serious and disabling physical and mental injuries including, but not limited to, a ruptured disc in his spine which has caused him to suffer physical injury and disability, physical and mental scarring, physical pain and suffering, mental anguish and distress, lost earnings and impairment to earning capacity, medical and related expenses, and loss of enjoyment of life, all past, present and future, for which he is entitled to be compensated in an amount which is just and reasonable in the premises.

9.

In addition, petitioner Mary J. Davis is entitled to damages for loss of society and consortium as a result of the injuries sustained by Melvin L. Davis.

**WHEREFORE**, petitioners pray that after due proceedings are had, there be judgment in

their favor and against defendant **C.F. INDUSTRIES, INC.** in an amount which is just and reasonable in the premises, for interest on all amounts awarded from date of judicial demand until paid and for all costs of these proceedings. In addition, petitioners pray for all other relief that may be equitable in the premises.

Respectfully submitted,

*[signature]*

FRANKLIN G. SHAW, Bar No 1594
WALTER J. LEGER, JR, Bar No. 8278
WALTER J. LEGER, III, Bar No. 28656
**LEGER, SHAW & DeSUE**
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

**PLEASE SERVE THE FOLLOWING:**

**C.F. INDUSTRIES, INC.**
**Through Its Registered Agent for Service of Process**
**CT Corporation System**
**8550 United Plaza Blvd.**
**Baton Rouge, Louisiana 70809**

*[signature]*
01-18-07

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provied by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MELVIN L. DAVIS AND
MARY J. DAVIS

**DEFENDANTS**
CF INDUSTRIES, INC.

(b) County of Residence of First Listed Plaintiff **Ascension**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet St., 9th Floor
New Orleans, LA 70130
(504) 588-9043

Attorneys (If Known)
Mark C. Dodart
Susan Eccles
Phelps Dunbar LLP
365 Canal St., Suite 2000, New Orleans, LA 70130-6534
(504) 566-1311

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in one Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of Suit checkboxes — ☒ 360 Other Personal Injury selected]

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC § 1332
Brief description of cause: personal injury claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ no amount stated, but believed to exceed $75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2/14/07
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

4699005736