UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN L. DAVIS AND<br>MARY J. DAVIS | CIVIL ACTION<br>NO: 07-109-JJB-DLD |
| VERSUS | SECTION "D"<br>JUDGE JAMES J. BRADY |
| CF INDUSTRIES, INC. | MAG DIV. 3<br>MAGISTRATE JUDGE<br>DOCIA L. DALBY |

### CF INDUSTRIES, INC.'S ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, CF Industries, Inc. ("CF"), and for its Answer and Defenses to Plaintiffs' Petition for Damages (hereinafter referred to as "the Petition") alleges and avers upon information and belief as follows:

### ANSWER

I.

Except to admit that it is a non-Louisiana corporation authorized to do business in the State of Louisiana, and that CT Corporation System is its designated agent for service of process, CF denies the truth of the allegations contained in Paragraph 1 of the Petition as written.

II.

CF denies the truth of the allegations contained in Paragraph 2 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

III.

Except to admit that on or about January 21, 2006, plaintiff was an employee of SGS Petroleum Service Corporation a division of SGS North America, Inc., CF denies the truth of the allegations contained in Paragraph 3 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

IV.

CF denies the truth of the allegations contained in Paragraph 4 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

V.

Except to admit that it is the owner of certain docking facilities and equipment located in Donaldsonville, Louisiana, CF denies the truth of the allegations contained in Paragraph 5 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

VI.

Except to admit that it owns certain docking facilities which are used in the transfer of cargo, CF denies the truth of the allegations contained in Paragraph 6 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

VII.

CF denies the truth of the allegations contained in Paragraph 7 of the Petition, including subparts a-e, for lack of information or knowledge sufficient to justify a belief therein.

VIII.

CF specifically denies that plaintiff sustained any injuries or damages as a result of any conduct of CF. The remaining allegations contained in Paragraph 8 of the Petition are denied for lack of information or knowledge sufficient to justify a belief therein.

- 2 -

NO.99755 Case 3:07-cv-00109-JJB-DLD    Document 2    02/21/2007    Page 2 of 5
Case 3:07-cv-00109-JJB-DLD    Document 2-1    02/21/07    Page 2 of 5

IX.

CF denies the truth of the allegations contained in Paragraph 9 of the Petition for lack of information or knowledge sufficient to justify a belief therein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

CF specifically pleads that any and all claims of Plaintiffs against CF are governed by the Louisiana Workers' Compensation Act as CF is the statutory employer of Plaintiff, Melvin Davis, thereby precluding recovery against CF herein, and entitling CF to dismissal of Plaintiffs' suit with prejudice, at Plaintiffs' costs.

### SECOND DEFENSE

CF avers in the alternative that Plaintiffs' claims are barred under other state and/or federal workers' compensation schemes.

### THIRD DEFENSE

CF avers in the alternative that Plaintiff, Melvin Davis, was the borrowed servant of CF.

### FOURTH DEFENSE

CF avers in the alternative, and in the alternative only, that should this Honorable Court find that Plaintiffs suffered injuries and damages as alleged, consequent upon the fault of any party for which it may be held responsible or accountable, all of which is specifically denied, then CF specifically pleads the fault and/or negligence of third parties and/or vessels, for whom it is not responsible, which negligence and/or fault was the substantial cause-in-fact of Plaintiffs' damages and should operate to reduce recovery on a comparative fault basis.

### FIFTH DEFENSE

CF specifically avers that it may be entitled to a credit and/or reduction on the basis of fault attributable to defendants/entities presently in bankruptcy who may not be joined in this

matter and/or other persons and/or entities not made a party to this proceeding, whose negligence and/or fault may be shown to have caused and/or contributed to the injuries and/or damages complained of herein.

### SIXTH DEFENSE

CF affirmatively denies that the injuries and/or damages alleged by the Plaintiffs were caused by any conduct of CF, whether by omission, commission, or on the basis of negligence, vicarious liability, fault or otherwise.

### SEVENTH DEFENSE

If it is proven, at the time of trial that CF is liable for damages, if any, all of which has been and continues to be denied, CF respectfully and affirmatively pleads the fault and/or negligence of Plaintiffs was a substantial cause of Plaintiffs' damages and should operate to reduce recovery on a comparative fault basis.

### EIGHTH DEFENSE

CF avers that should this Court find that Plaintiffs suffered injuries and/or damages as alleged, which is specifically denied, then said injuries and/or damages were caused by intervening and/or superseding forces for which CF is in no way liable.

### NINTH DEFENSE

CF specifically avers the failure of Plaintiffs to mitigate damages, as a consequence of which any recovery herein is either totally barred and/or, in the alternative, must be reduced.

WHEREFORE, CF Industries, Inc. respectfully prays that its Answer and Defenses to Plaintiffs' Petition for Damages be deemed good and sufficient, and that after due proceedings be had, that there be judgment in its favor, dismissing Plaintiffs' claims, with prejudice, at Plaintiffs' cost, and for all such further relief as equity and justice of this cause may require and permit.

- 5 -

Respectfully submitted,

PHELPS DUNBAR LLP


BY:   /s/ Susan Eccles
      MARK C. DODART (Bar #17549)
      SUSAN ECCLES (Bar #29847)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      E-mail:   dodartm@phelps.com
                eccless@phelps.com

ATTORNEYS FOR DEFENDANT,
CF INDUSTRIES, INC.


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Franklin G. Shaw          fshaw@legermestayer.com
Counsel for Plaintiff


/s/ Susan Eccles
SUSAN ECCLES