UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN L. DAVIS AND<br>MARY J. DAVIS | CIVIL ACTION<br>NO. 07-109-JJB-DLD |
| VERSUS | SECTION "D" |
| CF INDUSTRIES, INC. | JUDGE JAMES J. BRADY |
| | MAG. DIV. 3<br>MAGISTRATE JUDGE<br>DOCIA L. DALBY |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, CF Industries, Inc., who files this statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6. CF Industries, Inc. is a wholly-owned subsidiary of CF Industries Holdings, Inc., a publicly traded corporation.

NO.99783956.1

Respectfully submitted,

PHELPS DUNBAR LLP

BY: /s/ Susan Eccles
MARK C. DODART (Bar #17549)
SUSAN ECCLES (Bar #29847)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR DEFENDANT, CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

Franklin G. Shaw        fshaw@legermestayer.com
Counsel for Plaintiff

/s/ Susan Eccles
SUSAN ECCLES